

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00518-CV

**BULVERDE VILLAGE PROPERTY OWNERS ASSOCIATION**,
Appellant

v.

**BULVERDE VILLAGE HOMEOWNERS ASSOCIATION, INC.** a/k/a The Point,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI03243
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the parties' motion to dismiss the appeal without withdrawing our February 8, 2023 opinion is GRANTED, and this appeal is DISMISSED. We tax the costs of this appeal against the party that incurred them.

SIGNED May 10, 2023.

_____
Beth Watkins, Justice